UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RYAN SAMMUAL COLE

      Plaintiff,

v.                                        Case No.:  2:26-cv-1385-SPC-NPM

BENJAMIN WALDO BUCK,

      Defendant.

                           /

**OPINION AND ORDER**

Before the Court is Plaintiff Ryan Sammual Cole's Complaint (Doc. 1). Cole, a pretrial detainee in Lee County Jail, sues his former defense attorney, Benjamin Waldo Buck, under 42 U.S.C. § 1983.[1]  Cole claims he hired Buck to represent him on a second-degree murder charge, and Buck was subsequently disbarred.  To state a claim under § 1983, a plaintiff "must allege that a person acting under color of state law deprived him of a federal right."  *McIndoo v. Broward Cnty.*, 750 F. App'x 816, 819 (11th Cir. 2018).  Because Buck is a private citizen, he does not operate under color of state law, so Cole cannot sue him under § 1983.

---

[1] Cole also lists Kimberly Walbolt, Robert Branning, and the Judicial Administration Commission on pages 2 and 3 of his complaint, but he does not allege they harmed him or ask for relief against them.  Thus, it does not appear Cole intends to bring this action against anyone other than Buck.

Granting Cole leave to amend would be futile here.  Cole might be able to pursue a contract or tort claim against Buck in state court, but he cannot sue Buck under § 1983, and no amendment will make this the proper venue for Cole's allegations.  Accordingly, Plaintiff Ryan Sammual Cole's Complaint (Doc. 1) is **DISMISSED** for failure to state a claim.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 9, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2